LAURA A. STOLL (SBN 255023)
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant:
MUSICAL.LY, INC.

L. TIMOTHY FISHER (SBN 191626)
*ltfisher@bursor.com*
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel.: (925) 300-4455
Fax: (925) 407-2700

Attorneys for Plaintiff:
PATRICK ROBERTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICK ROBERTS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUSICAL.LY, INC.<br><br>Defendant. | Case No. 2:19-cv-00098-KJM-CKD<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES AND TAKE STATUS CONFERENCE AND HEARING OFF-CALENDAR**<br><br>Date: April 19, 2019<br>Time: 10:00 a.m.<br>Courtroom: 3 (15th Floor)<br>Judge: Hon. Kimberly J. Mueller |

Plaintiff Patrick Roberts and Defendant Mucisal.ly, Inc., hereby jointly provide notice that they have reached an agreement in principle—subject to the negotiation and execution of a formal settlement agreement—to settle this matter.  So that they may devote their time and efforts to formalizing the settlement agreement and completing and filing an appropriate stipulation of dismissal with this Court, the parties respectfully request that the Court stay all pending deadlines in this matter for twenty-eight (28) days and take off-calendar the Status Conference (Order Setting Status Conference, Dkt. No. 3) and hearing on Defendant's motion to dismiss (Dkt. No. 8), currently scheduled for May 31, 2019.

In the event a stipulation of dismissal has not been filed by June 21, 2019, the parties will file a joint status report with the Court advising on the status of the settlement and the need, if any, to reset deadlines.

Respectfully submitted,

Dated:   May 24, 2019          By:     /s/ Laura A. Stoll
                                       BROOKS R. BROWN
                                       bbrown@goodwinlaw.com
                                       LAURA A. STOLL
                                       lstoll@goodwinlaw.com
                                       **GOODWIN PROCTER LLP**

                                       Attorneys for Defendant:
                                       MUSICAL.LY, INC

Dated:   May 24, 2019          By:     /s/ L. Timothy Fisher (with permission)
                                       L. TIMOTHY FISHER
                                       ltfisher@bursor.com
                                       **BURSOR & FISHER, P.A.**

                                       SCOTT A. BURSOR (SBN 276006)
                                       scott@bursor.com
                                       **BURSOR & FISHER, P.A.**
                                       S. Bayshore Drive, Suite 220
                                       Miami, FL 33133-5402
                                       Tel.: (305) 330-5512
                                       Fax: (212) 989-9163

                                       Attorneys for Plaintiff:
                                       PATRICK ROBERTS

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system on **May 24, 2019**.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on **May 24, 2019**.

                /s/   Laura A. Stoll
                   LAURA A. STOLL