LAURA A. STOLL (SBN 255023)
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant:
MUSICAL.LY, INC.

L. TIMOTHY FISHER (SBN 191626)
*ltfisher@bursor.com*
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Tel.: (925) 300-4455
Fax: (925) 407-2700

Attorneys for Plaintiff:
PATRICK ROBERTS

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCKS]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICK ROBERTS,<br><br>            Plaintiff,<br><br>    v.<br><br>MUSICAL.LY, INC.,<br><br>            Defendant. | Case No. 2:19-CV-0098-KJM-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom:   3 (15th Floor)<br>Judge:         Hon. Kimberly J. Mueller |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Patrick Roberts and Defendant Musical.ly, Inc., by and through the undersigned counsel of record, hereby stipulate to dismiss with prejudice all claims and defenses asserted by and between them in this action.

Each side shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

Respectfully submitted,

Dated: 7/2/2019              By:      */s/ Laura A. Stoll*
                                      LAURA A. STOLL
                                      *lstoll@goodwinlaw.com*
                                      **GOODWIN PROCTER LLP**

                                      BROOKS R. BROWN (Cal.BN 250724)
                                      *bbrown@goodwinlaw.com*
                                      **GOODWIN PROCTER LLP**
                                      901 New York Avenue NW
                                      Washington, DC  20001
                                      Tel.: +1 202 346 4000
                                      Fax.: +1 202 346 4444

                                      Attorneys for Defendant:
                                      MUSICAL.LY, INC.

Dated: 7/2/2019              By:      */s/ L. Timothy Fisher*
                                      L. TIMOTHY FISHER
                                      *ltfisher@bursor.com*
                                      **BURSOR & FISHER, P.A.**

                                      SCOTT A. BURSOR (Cal.BN # 276006)
                                      *scott@bursor.com*
                                      **BURSOR & FISHER, P.A.**
                                      2665 S. Bayshore Drive, Suite 220
                                      Miami, FL  33133
                                      Tel.: 305-330-5512
                                      Fax: 212-989-9163

                                      Attorneys for Plaintiff:
                                      PATRICK ROBERTS